UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
R. ALEXANDER ACOSTA, SECRETARY )
OF LABOR, )
 ) Case No. MC17-0072RSL
                Plaintiff, )
   v. ) ORDER DECLINING TO ENTER
ZHAO "JENNY" ZENG HONG, ) JUDGMENT ON GARNISHEE'S
 ) AMENDED ANSWER
       Defendant/Judgment Debtor, )
 )
   v. )
 )
LEE SMART, P.S., INC., )
 )
                Garnishee. )
_____)

      This matter comes before the Court on plaintiff's "(Proposed) Continuing Garnishee Order" for property in which the defendant/judgment debtor, Zhao "Jenny" Zeng Hong, has a substantial nonexempt interest and which is or will be in the possession, custody, or control of the garnishee, Lee Smart, P.S., Inc. Dkt. # 11. The Court has reviewed the record in this matter and finds no evidence that plaintiff served the defendant/judgment debtor with a copy of the writ and accompanying instruction as required by 28 U.S.C. § 3205(c)(3) and this Court's order of July 14, 2017. The Court declines to enter judgment in this matter.

1      Dated this 21st day of September, 2017.

                                                            */s/ Robert S. Lasnik*

                                                            Robert S. Lasnik
                                                           United States District Judge